CITY OF ALBANY, Respondent, v. AARON NEWHOF and Another, Doing Business

under the Firm Name and Style of L. Newhof & Son, Appellants.— Decision*
and order amended by adding thereto the following: The plaintiff is restrained
from enforcing its judgment until defendants have had a reasonable opportunity
to apply to the common council of the city of Albany, N. Y., for consent to
continue their business.

